UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORHERN DIVISION
ASHLAND

Eastern District of Kentucky
FILED
FEB 15 2024
AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.  INDICTMENT NO. 0:24CR03-DLB-CJS
18. U.S.C. § 922(g)(1)

DAMON CHRISTOPHER STOUT

\* \* \* \* \*

**THE GRAND JURY CHARGES:**

On or about May 3, 2023, in Greenup County, in the Eastern District of Kentucky,

**DAMON CHRISTOPHER STOUT**

knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm that was in or affecting interstate commerce, to wit, a Glock 19 pistol, serial # BEPB480, all in violation of 18 U.S.C. § 922(g)(1).

**FORFEITURE ALLEGATIONS**
18 U.S.C. § 924(d)(1)
28 U.S.C. § 2461

1. By virtue of the commission of the offense alleged in this Indictment, **DAMON CHRISTOPHER STOUT** shall forfeit to the United States any and all firearms and ammunition involved in or used, or intending to be used, in the violation of 18 U.S.C. § 922. Any and all interest that **DAMON CHRISTOPHER STOUT** has in this property is vested in and forfeited to the United States pursuant to 18 U.S.C. §

924(d)(1) and 28 U.S.C. § 2461.

2. The property to be forfeited includes, but is not limited to, the following:

**FIREARM AND AMMUNTION:**
a. Glock 19 pistol, serial # BEPB480; and
b. Any associated ammunition

A TRUE BILL

_____
**CARLTON S. SHIER IV**
**UNITED STATES ATTORNEY**

## PENALTIES

**COUNT 1:**   Not more than 15 years imprisonment, not more than a $250,000 fine, and not more than 3 years supervised release.

If armed career criminal: Not less than 15 years imprisonment, not more than a $250,000 fine, and not more than 5 years supervised release.

**PLUS:**   Forfeiture of all listed property.

**PLUS:**   Mandatory special assessment of $100 per count.

**PLUS:**   Restitution, if applicable.