Eastern District of Kentucky
FILED

AUG 13 2024

AT COVINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
ASHLAND

CRIMINAL NO. 0:24-CR-03-DLB

| | |
|---|---|
| UNITED STATES OF AMERICA | PLAINTIFF |
| V. | **PRELIMINARY JUDGMENT OF FORFEITURE** |
| DAMON CHRISTOPHER STOUT | DEFENDANT |

\* \* \* \* \*

Based on the Plea Agreement [DE 16], and for the reasons stated at bar, it is hereby **ORDERED, ADJUDGED, AND DECREED** that the following property is subject to forfeiture and the Defendant's interest in the property is forfeited to the United States of America pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c):

**FIREARM AND AMMUNITION:**
a. Glock 19 pistol, serial # BEPB490; and
b. Any associated ammunition.

**IT IS FURTHER ORDERED** that this Court shall retain jurisdiction in this case for the purpose of enforcing this Order.

**IT IS FURTHER ORDERED** that, pursuant to Federal Rule of Criminal Procedure 32.2(b)(4), this forfeiture order will become final as to the Defendant at the time of sentencing and be made part of the sentence and included in the judgment.

**IT IS FURTHER ORDERED** that an agency of the United States shall forthwith seize the above-described property and maintain custody of it in accordance with 21 U.S.C. § 853 and all relevant laws until further order of this Court.

**IT IS FURTHER ORDERED** that the United States shall provide notice to all persons who may have an interest in the above-described property, pursuant to Federal Rule of Criminal Procedure 32.2(b)(6), and is authorized to conduct appropriate discovery and any necessary ancillary proceedings as to the rights of third parties, pursuant to 21 U.S.C. § 853(n) and Federal Rule of Criminal Procedure 32.2(c).

**IT IS FURTHER ORDERED** that the Clerk deliver copies of this Order to all counsel of record and United States Probation

This 13th day of Aug, 2024.

Signed By:
*David L. Bunning*
United States District Judge