UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
NORTHERN DIVISION
ASHLAND

CRIMINAL ACTION:  24-CR-0003-DLB

UNITED STATES OF AMERICA                                                                    PLAINTIFF

VS.

DAMON STOUT                                                                                         DEFENDANT

### NOTICE OF ADVICE OF APPELLANT RIGHTS

Comes the undersigned counsel, Jeremy L. Clark, counsel for Defendant Damon Stout, and pursuant to the Court's Order states as follows:

The undersigned met with the Defendant Damon Stout to confirm the Defendant's intentions with regard to his right of appeal.  After discussion of the Defendant's appeal rights, the Defendant advised he did not wish to file a Notice of Appeal.

Respectfully submitted,

/s/ Jeremy L. Clark
_____
Jeremy L. Clark
Attorney for Damon Stout
P.O. Box 532
Catlettsburg, KY 41129
(606) 739-6774
Fax (606) 739-9125

## CERTIFICATE OF SERVICE

This is to certify that a true and correct copy of the foregoing Motion was electronically mailed to all appropriate parties on said date.

/s/ Jeremy L. Clark
_____
Jeremy L. Clark